

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00544-CV

**IN THE INTEREST OF S.D.T.**, a Child

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 21-09-27336-CV
Honorable Robert J. Falkenberg, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Father is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because he is presumed indigent under Texas Family Code section 107.013(e).

SIGNED December 13, 2023.

_____
Rebeca C. Martinez, Chief Justice